UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

PHILLIP RONALD WRIGHT,

    Plaintiff,

v.                                      No.:   3:12-cv-552
                                                 (VARLAN/GUYTON)

KENT HATCHER,

    Defendant.

**MEMORANDUM AND ORDER**

    This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983, in which plaintiff alleged an interference with his mail while in the Sevier County Jail. The matter is set for trial on May 12, 2014. Plaintiff has filed a motion for an Order that he be placed back on his medication. The Court will treat the motion as a motion for injunctive relief.

    Plaintiff has the burden of showing that he will suffer a real and immediate threat of substantial and irreparable injury if an injunction is not issued, and that available remedies at law are inadequate. *City of Los Angeles v. Lyons*, 461 U.S. 95 (1983). *Accord Williams v. Ellington*, 936 F.2d 881 (6th Cir. 1991). At this time, plaintiff has failed to carry that burden and plaintiff's motion for injunctive relief [Doc. 7] is **DENIED**.

    **E N T E R :**

                                              s/ Thomas A. Varlan
                                              CHIEF UNITED STATES DISTRICT JUDGE